UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:11-CR-4-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AARON BURDELL WATKINS | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Thursday, September 8, 2011, in Wilmington. The case is hereby CONTINUED to the court's November 7, 2011, term of court in Wilmington, North Carolina.

This the 30th day of August, 2011.

James C. Fox
Senior U.S. District Judge